CLOSED, TRANSF

**U.S. District Court**
**Eastern District of Missouri (LIVE) (St. Louis)**
**CIVIL DOCKET FOR CASE #: 4:08-cv-00876-RWS**
**Internal Use Only**

Peters v. C.R. Baird, Inc et al
Assigned to: Honorable Rodney W. Sippel
Cause: 28:1332 Diversity-Product Liability

Date Filed: 06/18/2008
Date Terminated: 09/10/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Mary Peters**

represented by **David M. Hicks**
DAVID M. HICKS, P.C.
7720 Stonebridge Golf Drive
Maryville, IL 62062
618-343-0901
Fax: 618-301-3360
Email: hicksdav@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. Baird, Inc**
*and its subsidiary*

**Defendant**

**Davol, Inc.**

JAMES G. WOODWARD, CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: [signature]
DEPUTY CLERK

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2008 | | Receipt 4644000954 in the amount of $350.00 for CIVIL FILING FEE on behalf of DAVID M. HICKS, P.C. (CCAM) (Entered: 06/18/2008) |
| 06/18/2008 | | Receipt 4644000954 in the amount of $100.00 for PRO HAC VICE on behalf of DAVID M. HICKS, P.C. (CCAM) (Entered: 06/18/2008) |
| 06/18/2008 | 1 | COMPLAINT against defendant C.R. Baird, Inc, Davol, Inc. Waivers issued 2, Disclosure of Corporate Interest issued to 2, Jury Demand,, filed by Mary Peters. (Attachments: # 1 Civil Cover Sheet, # 2 Original Filing Form)(KCM) |

| | | |
|---|---|---|
| | | (Entered: 06/20/2008) |
| 07/16/2008 | 2 | MOTION for Leave to Appear Pro Hac Vice David M. Hicks (Filing fee $100.00) by Plaintiff Mary Peters. (KLK) (Entered: 07/16/2008) |
| 07/17/2008 | | Docket Text ORDER: Re: 2 MOTION for Leave to Appear Pro Hac Vice David M. Hicks (Filing fee $100.00) by Plaintiff Mary Peters. (KLK) filed by Mary Peters ; ORDERED GRANTED. Signed by Honorable Rodney W. Sippel on 7/17/08. (LGK) (Entered: 07/17/2008) |
| 09/09/2008 | 3 | CONDITIONAL TRANSFER ORDER (CTO-28) regarding multidistrict litigation by Clerk of the Panel. Case Transferred to: District of Rhode Island. (ARL) (Entered: 09/09/2008) |
| 09/10/2008 | 4 | ORDER OF MDL TRANSFER to: District of Rhode Island by Clerk of the Panel. (KJF, ) (Entered: 09/12/2008) |
| 09/10/2008 | | ***REMARK - Sent complaint and cert. copy of docket sheet to the District of Rhode Island. (KJF, ) (Entered: 09/12/2008) |